39 So.2d 56

**Robert Sam EALY, alias Early v. CITY OF HUNTSVILLE.**

8 Div. 706.

Court of Appeals of Alabama.
Jan. 20, 1949.

PER CURIAM.

Appeal dismissed, want of prosecution.

---

39 So.2d 924

**Charley EDWARDS v. STATE.**

8 Div. 688.

Court of Appeals of Alabama.
Feb. 1, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

39 So.2d 56

**Charlie EDWARDS v. STATE.**

8 Div. 689.

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

---

41 So.2d 917

**Frank EDWARDS v. STATE.**

3 Div. 894.

Court of Appeals of Alabama.
May 17, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

---

38 So.2d 199

**Ann EKORNES v. CITY OF MOBILE.**

I Div. 581.

Court of Appeals of Alabama.
Nov. 16, 1948.

Harry Seale, of Mobile, for appellee.

BRICKEN, Presiding Judge.
Affirmed for want of assignment of errors. Gentle v. City of Huntsville, 26 Ala. App. 374, 160 So. 273.

---

39 So.2d 57

**Buford ENGLAND v. STATE.**

8 Div. 711.

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.